JUDGE LYNCH

227-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ANTISANA SHIP FINANCE II
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTISANA SHIP FINANCE II,

                              Plaintiff,

      -against -

LIDER ENERGY CORPORATION,

                              Defendant.
-----------------------------------------------------------------x

08 CV 3906

08 CV _____ ( )

RULE 7.1 STATEMENT

      The Plaintiff, ANTISANA SHIP FINANCE II, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 25, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff
                                      ANTISANA SHIP FINANCE II

                 By: _____
                            Michael E. Unger (MU 0045)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Fax: (212) 425-1901

NYDOCS1/303502.1