UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ANTISANA SHIP FINANCE II.,                                  :
                                                            :
                        Plaintiff,                          :
                                                            :     08 Civ. 3906 (GEL)
        -against-                                           :
                                                            :     **ORDER**
LIDER ENERGY CORPORATION,                                   :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On April 25, 2008, this Court entered an Order directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment on various financial institutions in the amount of $397,943.57 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. As of August 18, 2008, no funds have been seized. Since there appears to be little likelihood that any actual property of the defendant is or will be found in the district, there is no further rationale for maintaining the case on the Court's docket. Accordingly, it is hereby ORDERED that the Court's April 25, 2008, Order of attachment will be vacated and the complaint dismissed if plaintiff does not show good cause by September 18, 2008, why the attachment should be maintained.

SO ORDERED:

Dated: New York, New York
      August 18, 2008

                                                                 _____
                                                                 GERARD E. LYNCH
                                                                 United States District Judge